United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 11-11601-jkf
Duncan Makienze Dunn                                                      Chapter 13
River Huston
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR        Page 1 of 1          Date Rcvd: Sep 01, 2016
                        Form ID: 195         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.
db/jdb        +Duncan Makienze Dunn,   River Huston,   1740 Narrows Hill Road,
               Upper Black Eddy, PA 18972-9737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID H. LANG    on behalf of Creditor James   Gallo langlawoffice@gmail.com
              NICHLAS P. SPALLAS    on behalf of Creditor    InSolve Recovery, LLC, as assignee of GE Capital
               bknotices@crgofusa.com
              PETER J. MULCAHY    on behalf of Creditor    BAC HOME LOANS SERVICING, L.P. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              ZACHARY   PERLICK    on behalf of Debtor Duncan Makienze Dunn Perlick@verizon.net,
               pireland1@verizon.net
              ZACHARY   PERLICK    on behalf of Joint Debtor River   Huston Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                              : Chapter 13

Duncan Makienze Dunn and River Huston        : Case No. 11–11601–jkf

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 1, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                By The Court

                                Jean K. FitzSimon
                                Judge , United States Bankruptcy Court